UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

_Carroll R. Peeler_ )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

_Plasma Biological_ )
_Services_ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: _____
         _____

         Defendants: _____
         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

   C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: **Carroll R. Peeler**

Present address: **303 W. Watauga**

Permanent home address: _____

Address of nearest relative: **1504 E. Watauga**

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: **Plasma Biological Services**

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_____

_____

3

I started at PBS on 08-08-12 after one wk the harassment started using remark like Black & white should not mix the world is not Read for black President. I complained several times to mgmt they told me that it was not harassment it was freedom of speech on 10-31-12 I complained to store director (Ali Powell) she said that's the way Nate K. is And deal with it. 10-31-12 2:30pm Called into office. Ali Powell terminated me I was terminated in Retaliation for complaining of harassment of Nate K unemployment denied, I appealed Ali Powell told appeals officer I was terminated for saying shit I was denied again I lost car, apartment Things in storage, $3,400.00 Back time employment, everything, homeless for a while. Ali Powell told EEOC I was terminated for poor work performance if that where true I would have recieved unemployment Ali Powell lied at hearing and that is not fair to me.

4

I Am suing Plasma Biological Services in the amount of four million dollars for harassment, ~~dise~~ Age discrimination, treat me different Wrongful ~~Terminator~~ Termination, Retailation, mental stress, pain and suffering property lost.

Carroll R Peeler        Date 09-08-2014
303 W. Watauga
Johnson City TN  37604
Ph. 423 946-1209

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

To look at case and be fair. PBS Bought us to court, could not get help elsewhere

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___08___ day of ___Sept___, 20_14_.

_Cansell R. Peeler_
Signature of plaintiff(s)

5